Ben Hyman & Co., Inc. *v.* Kravitz, Appellant.

Argued January 11, 1963. Before BELL, C. J., MUS-MANNO, JONES, COHEN, EAGEN, O'BRIEN and ROBERTS, JJ.

*Morris Passon,* for appellants.

*Philip P. Kalodner,* for appellee.

OPINION PER CURIAM, March 19, 1963:
Judgment affirmed.